# EXHIBIT A

# AGENDA

**I Life and Health 2017 Review and 2018 Strategy Development Plan**

**Friday, 1/5/2017**

**10:00AM – 4:30PM**

**Meeting called by** Steve Neu / Alex Cardona

**Attendees:** Alex Cardona, Raymond Guidicci, Krishen Iyer, Wendy Hiler, Reba Leonard, Kevin Mayes, Terry Moore, Tim Moses, Steve Neu, Jamie Reisinger, Ashley Smith and Matt Voykovic

**10:00AM – 11:00AM**

**Review and Discuss Purpose of Meeting**

Welcome and Introductions | Tim Moses & Steve Neu

Purpose of 2017 Review | Alex Cardona

Purpose of 2018 Strategy Development Plan | Tim Moses

**11:00AM – 11:30AM**

**Aliera Healthcare Palisades Office Tour**

Corporate Office Tour | Alex Cardona

Claims Office Tour | Alex Cardona / Terry Moore

**11:30PM – 12:15PM**

**Review of 2017**

Members, Revenue and Commissions | Ashley Smith / Tim Moses

What Could Aliera Have Done Better in 2017 | Raymond Guidicci & Krishen Iyer

What Could I Life and Health Have Done Better in 2017 | Alex Cardona & Tim Moses

| | |
|---|---|
| **12:15PM – 1:45PM** | **Working Lunch and Sales Center / Customer Service Tour**<br>Lunch in Tim's Office \| Tim Moses<br>Tour of Sales Center / Customer Service @ Park Place \| Alex Cardona |
| **1:45PM – 2:45PM** | **Cancellations (Opportunities) and Member Complaints**<br>Data Review of Cancellations and Interactions \| Ashley Smith<br>Review of Member Retention Experience with I Life and Health Members \| Wendy Hiler<br>Five (5) Point Review / Concerns \| Reba Leonard<br>How to Turn Cancellations into $$$$ \| Tim Moses |
| **2:45PM – 4:30PM** | **"Go Forward" Strategy for 2018**<br>Action Plan to Decrease Cancellations / Complaints and Retain Revenue / Commissions \| Group<br>Action Plan for I Life and Health to Increase Revenue / Commissions for 2018 \| Group |