# EXHIBIT D

| Call Center | Total Commissions | Been Benefits | Neu Commissions | CC Commissions | Downline Commissions |
|---|---|---|---|---|---|
| Ryan Morgan 198681 | 31.50% | 1% | 2.50% | 28% | |

| Call Center | Total Commissions | Island Benefits | Neu Commissions | Ryan Morgan | Affiniti Financial | CC |
|---|---|---|---|---|---|---|
| Boost Health Insurance 225444 | 35.50% | 2% | 2.5 | 1% | 1% | 29% |

| Call Center | Total Commissions | Island Benefits | Neu Commissions | Ryan Morgan | Affiniti Financial |
|---|---|---|---|---|---|
| Affiniti Financial 195246 | 34.50% | 1% | 2.5 | 1% | 30% |

| Call Center | Total Commissions | Been Benefits | Neu Commissions | CC |
|---|---|---|---|---|
| Witfield Jean-Baptiste 186328 | 32.5 | 1% | 2.5 | 29% |

| Call Center | Total Commissions | Been Benefits | Neu Commissions | Ryan Morgan | CC |
|---|---|---|---|---|---|
| Mario Soto 186329 | 32.50 | % | 2.50% | 1% | 28% |

| Call Center | Total Commissions | Been Benefits | Neu Commissions | Ryan Morgan | Mario Soto | CC |
|---|---|---|---|---|---|---|
| Ideal Health Benefits 186331 | 32.5 | 1% | 2.50% | 1% | 2% | 26% |

| Call Center | Total Commissions | Been Benefits | Neu Commissions | CC |
|---|---|---|---|---|
| Thomas Ferguson 186681 | 33.5 | 1% | 2.50% | 30% |

| Call Center | Total Commissions | Been Benefits | Neu Commissions | CC |
|---|---|---|---|---|
| Planned Legacy Insurance Group 201470 | 30.50% | 1% | 2.50% | 27% |

| Call Center | Total Commissions | Been Benefits | Neu Commissions | United Medical Plans | CC |
|---|---|---|---|---|---|
| Affordable Health Insurance Solutions | 33.50% | 1% | 2.50% | 2% | 28% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| CMS Insurance Marketing 236476, 322592 | 34.5% + $10 | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| I Life and Health 229042 | 34% + $10 | 1% | 3% | 30% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| HealthLine 243873 | 34.5% + $10 | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| SureCare 266585, 321716 | 34.50% | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| Health and Life Associates 280307 | 34.5% + $10 | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| Smart Care Direct 333185, 283812 | 34.5% + $10 | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| onviant 330539, 296033, 319966 | 34.50% | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| Reliant One Insurance Center 300510 | 34.50% | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| Reliant One (274070) | 34.5% + $10 | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| First Choice Health Company 361136 | 34.50% | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | CMS Insurance Marketing | CC |
|---|---|---|---|---|---|
| Rick Young and Associates 236714 | 33.5% + $10 | 1% | 3.50% | 1% | 28% |

| Call Center | Total Commissions | Neu | ICA | HealthLine | CC |
|---|---|---|---|---|---|
| Healthcare Solutions 327866 | 34.5% + $10 | 1% | 3.50% | 2% | 28% |

| Call Center | Total Commissions | Neu | ICA | HealthLine | CC |
|---|---|---|---|---|---|
| One coverage 327867 | 34.5% + $10 | 1% | 3.50% | 2% | 28% |

| Call Center | Total Commissions | Neu | ICA | CC |
|---|---|---|---|---|
| Maryland Insurance Netwrok 291928 | 34.5 | 1% | 3.50% | 30% |

| Call Center | Total Commissions | Neu | ICA | Maryland Insurance Network | CC |
|---|---|---|---|---|---|
| Americas choice insurance group 319022 | 34.50% | 1% | 3.50% | 5% | 25% |

| Call Center | Total Commissions | Neu | ICA | Maryland Insurance Network | CC |
|---|---|---|---|---|---|
| Reech Insurance Group 321701 | 321701 | 1% | 3.50% | 5% | 25% |

| Call Center | Total Commissions | Been Benefits | Neu | CC |
|---|---|---|---|---|
| National Health Plans and Benefits Agency 227569 32396 | 33.50% | 1% | 2.50% | 30% |

| Call Center | Total Commissions | Been | Neu | NHPB | CC |
|---|---|---|---|---|---|
| American Health Plans 241233 | 241233 | 1.00% | 3% | 2% | 29% |

| Call Center | Total Commissions | Neu | NHPB | CC |
|---|---|---|---|---|
| Healthy Halo Insurance Services, Inc 251093 320400 | 35% | 1% | $4% | 30% |

| Call Center | Total Commissions | Been Benefits | Neu | NHPB | CC |
|---|---|---|---|---|---|
| Wow Insurance Marketing 258204 | 33.5 | 1% | 2.50% | 5 | 25% |

| Call Center | Total Commissions | Neu | NHPB | CC |
|---|---|---|---|---|
| Feliciano Insurance Services 265122 | 30% | 2.50% | 2.50% | 25% |

| Call Center | Total Commissions | Neu | NHPB | CC |
|---|---|---|---|---|
| SureCo 266774 | 35% | 1% | 4% | 30% |

| Call Center | Total Commissions | Been | Neu | NHPB | CC |
|---|---|---|---|---|---|
| Marley Financial 273298 | 33.50% | 1% | 2.50% | 5% | 25% |

| Call Center | Total Commissions | Neu | NHPB | CC |
|---|---|---|---|---|
| Compass Health Consultants 317651 | 33.50% | 1.50% | 4$ | 28% |

| Call Center | Total Commissions | Neu | NHPB | CC |
|---|---|---|---|---|
| All Access Insurance Network 356964 | 33.5 | 1% | 2.50% | 30% |

| Call Center | Total Commissions | Been | Neu | CC |
|---|---|---|---|---|
| National benefit plans 250678 | 33.50% | 1% | 2.50% | 30% |

| Call Center | Total Commissions | Been | Neu | CC |
|---|---|---|---|---|
| Apollo 251259 | 33.50% | 1% | 2.50% | 30% |