# EXHIBIT E

ALIERA HEALTHCARE, INC.
CALL CENTER AGREEMENT

THIS CALL CENTER AGREEMENT (this "***Agreement***") is made and entered into as of [Month] 11 [Day] 3, 2016 (the "***Effective Date***") by and between

Aliera Healthcare, Inc., a Delaware corporation (the "***Company***"), and I life and Health ("***Producer***").

## I. RELATIONSHIP AND AUTHORITY

1. Producer shall, subject to the terms and conditions of this Agreement, the policies and procedures of the Company (as such policies and procedures may be amended by the Company from time to time in its sole discretion, the "***Policies***"), and all applicable laws, solicit from groups and members of the general public, enrollment forms and applications for contract and similar or related documents or information required by the Company (the "***Application Materials***") for the products offered by Company.. All enrollment forms, Application Materials and other documents obtained from customers by Producer in performing its duties hereunder shall be promptly forwarded to the Company for its approval. Producer may, from time to time, bundle third-party Products that are not affiliated with Products offered through Company or Company's affiliates (the "Third-Party Bundled Products"), in this event:

(a) Producer shall ensure that the group or member of the general public is advised, during the sale presentation that the Third-Party Bundled Products are not affiliated with the Products and which are paid for under separate systems or portals; and,

(b) Aliera Healthcare, Inc. may request, in writing, and Producer shall provide a report to Company, in a timely manner, listing all groups and members of the general public who Producer sells both i) Products and ii) Third-Party Bundled Products.

2. Producer's relationship to the Company shall be that of an independent contractor. Nothing contained in this Agreement is intended or shall be construed to create an employment, partnership or joint venture relationship between the Company and Producer and/or any of Producer's employees, agents or subcontractors (any reference to "***Producer***" herein shall be deemed to also include all of Producer's past, present and future, agents and subcontractors). Producer's authority under this Agreement is non-exclusive. Producer shall have no claim to compensation except as provided in this Agreement and Producer shall not be entitled to reimbursement from the Company for any expenses incurred in performing this Agreement. This Agreement does not give Producer any power of authority other than as expressly granted herein and no other or greater power shall be implied from the grant or denial of powers specifically mentioned herein.

3. Producer agrees that in performing under this Agreement Producer is acting in a fiduciary capacity to the Company. Producer shall act in the best interest of the Company. Producer shall not permit other interests, activities or responsibilities to interfere with Producer's faithful performance under this Agreement.

## II. DUTIES OF PRODUCER

1. Producer will provide certain marketing services to prospective customers ("***Prospect***" or "***Prospects***") and insureds ("***Insured***" or "***Insureds***") as a result of Application Materials and enrollment forms collected on behalf of, or submitted by Producer through carriers or Companies sales portals. Such service will include, but not be limited to, the following:

(a) Conducting a thorough needs analysis to determine the suitability

IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the Effective Date.

**COMPANY:**

**Aliera Healthcare, Inc.**

By:____________________

Name:____________________

Title:____________________

**PRODUCER/CALL CENTER:**

Alex Stuwitz
(Print or Type Name of Producer)

Managing Member
(Signature) (Title))

Producer's Address:

1050 E Perrin Ave
Fresno CA 93720