# EXHIBIT G

| Call Center Information | |
|---|---|
| Company Name: | National Healthcare Consultants, LLC |
| Contact Name: | Paul Newman |
| Phone #: | 888-540-2566 |
| Email: | wash0226@gmail.com |
| Parent Name: | Health and Life Associates |
| Parent ID: | 280307 |
| Commission Rate: | 23% |

| Application Fee | | |
|---|---|---|
| TBD | National Healthcare Consultants | $75 |

| Personal NPN |
|---|
| 18793823 |

| Vertical "Dynamics" | | | |
|---|---|---|---|
| ID Number | Name | Percent Override | Percent |
| 246127 | Neu Benefits LLC | 1% | |
| 227429 | Insurance Consultants of America | 5% | 32% |
| 280307 | Health and Life Associates | 4% | 27% |
| TBD | National Healthcare Consultants LLC | 23% | 23% |