# EXHIBIT M

ALIERA Healthcare

Reba Leonard
15301 Dallas Parkway. Suite 920
Addison, TX 75001
(404) 618-0602, Extension 1803
July 19, 2018
Re: Termination for Cause; Agent ID 229042

Via Email: *Raymond@ilifeandhealth.com*

Raymond Guidici
I Life and Health Insurance
1050 Perrin Ave., #107
Fresno, CA 93720

Dear Mr. Guidici,

This letter is to inform you that Aliera Healthcare, Inc., ("Aliera") is exercising its right to terminate the Call Center Agreement (the "Agreement) signed by Alex Stuwitz on November 3, 2016. This termination is for cause, and your authority to market any products offered through Aliera is terminated with immediate effect. Your website will be disabled, and you will no longer be authorized to transact business with, by, or through Aliera.

This termination is for cause, in accordance with Section IX of the Agreement. Please see the Attachment for an excerpt of the agreement.

Recently, your agent, through misrepresentation, enrolled a member who subsequently filed a complaint with the Missouri Attorney General's office. Upon reviewing the recorded sales call, it is our determination that your agent misrepresented the product through omission and false statements. This demonstrates a continued lack of control of your agents, at best, and at worst confirms Aliera's suspicions that I Life and Health trains agents to use these tactics to increase their sales volumes unlawfully.

Additionally, you have failed to comply with the requirements of the email sent on March 29, 2018, by me, detailing the steps that I Life and Health would be required to take to remediate your operation and provide Aliera with artifacts that demonstrate that remediation. Aliera has provided more than a reasonable amount of time for your organization to comply with our directives, and as I Life

and Health has elected to disregard those directives, we are terminating the Agreement for cause.

Under the Agreement, Aliera is authorized to withhold all future compensation when terminating for cause. However, without surrendering our right to assert this provision at a later date, Aliera has elected ***not*** to withhold your residual commissions at this time. Should there be any instances of non-cooperation with the receipt of requested records, or if there is any interference of any kind with existing memberships, Aliera reserves all rights under the Agreement to withhold compensation in our sole discretion.

It is regrettable that we have been forced to take this action, but we cannot continue to conduct business with organizations that put Aliera and other marketers at risk.

If you have any questions regarding this termination, you may phone me directly at (404) 618-0602, Extension 1803.

Sincerely,

Reba J. Leonard

Reba J. Leonard
Director, Compliance and Regulatory Affairs
rleonard@alierahealthcare.com

cc: Chase Moses
Matt Voykovic
Steve Neu
Jamie Resinger

ALIERA Healthcare

# Attachment

IX. TERMINATION FOR CAUSE

1. This Agreement may be terminated by the Company for cause immediately upon notification to Producer either at the request of any insurer, or if Producer:

(a) Fails to submit prompt payment of any funds, commissions or other compensation owed or belonging to the Company, any third party affiliate of the company, or any insurance carrier;

(b) Fails to comply with any applicable state, federal or local statutes or regulations;

(c) Misrepresents any product or service offered by or through the Company;

(i) Misrepresentation includes, but is not limited to,

A. Failure to disclose all material limitations and exclusions of benefits included in the Product,

B. Misrepresentation of the benefits of the Product,

C. False or misleading statements regarding the closing dates of open enrollment periods, or limited Product availability,

C. False or misleading statements regarding any reductions, discounts or waivers of fees, premiums, dues or other charges (including, without limitation, enrollment fees) without prior written authorization of the Company,

D. Offering discounts or reduced pricing to any Prospect or Insured which has not been authorized by the Company.

(d) Fails to comply with the terms of the Agreement, or refuses to correct any failure to comply with the terms of the Agreement after notice from the Company;

(e) Defrauds or attempts to defraud the Company or any customer;

(f) Has a license revoked, suspended or refused for renewal, or is disciplined by any regulatory agency or administrative body;

(g) Uses any advertising materials not authorized by the Company;

(h) Commits any act of fraud, dishonesty, breach of trust, theft, misappropriation of money or breach of any fiduciary duty;

(i) Falsifies records, furnishes false or misleading information or fails to disclose material information to the Company or any customer;

(j) Is charged with or convicted of a crime, or commits any other act which would tend to bring the Company into disrepute or damage the Company's professional reputation, as determined in the discretion of the Company;

(k) For purposes of this Section IX TERMINATION FOR CAUSE (1), in the event of a dispute between Producer and either (x) Company or (y) an Insured, Producer agrees that, if no recording evidence exists to support Producer, Company shall have the absolute and sole discretion to terminate this Agreement for cause;

(l) Materially breaches any provision of this Agreement.

2. If this Agreement is terminated for cause by the Company, Producer is not entitled to renewal commissions on any business previously submitted to and issued by the Company.

3. Termination for cause pursuant to this Section IX shall not be the Company's exclusive remedy, but shall be cumulative with all other remedies available at law or in equity. A failure by the Company to terminate this Agreement for cause shall not be a waiver of the right to do so with respect to any past, current or future default.