# EXHIBIT S

| No. | Payment Date | Broker Name | Payment Amount |
|---|---|---|---|
| 1 | 2/7/2018 | I Life and Health | $ 24,949.85 |
| 2 | 2/14/2018 | I Life and Health | $ 42,903.41 |
| 3 | 2/21/2018 | I Life and Health | $ 17,826.68 |
| 4 | 2/28/2018 | I Life and Health | $ 191,916.87 |
| 5 | 3/6/2018 | I Life and Health | $ 9,223.35 |
| 6 | 3/14/2018 | I Life and Health | $ 51,516.34 |
| 7 | 3/21/2018 | I Life and Health | $ 12,105.53 |
| 8 | 4/4/2018 | I Life and Health | $ 21,768.65 |
| 9 | 4/11/2018 | I Life and Health | $ 283.57 |
| 10 | 4/18/2018 | I Life and Health | $ 38,418.76 |
| 11 | 4/25/2018 | I Life and Health | $ 2,951.50 |
| 12 | 5/2/2018 | I Life and Health | $ 213,935.71 |
| 13 | 5/9/2018 | I Life and Health | $ 6,193.92 |
| 14 | 5/16/2018 | I Life and Health | $ 36,823.21 |
| 15 | 5/23/2018 | I Life and Health | $ 2,671.17 |
| 16 | 5/30/2018 | I Life and Health | $ 203,137.00 |
| 17 | 6/6/2018 | I Life and Health | $ 8,860.30 |
| 18 | 6/13/2018 | I Life and Health | $ 6,689.93 |
| 19 | 6/20/2018 | I Life and Health | $ 41,033.67 |
| 20 | 6/27/2018 | I Life and Health | $ 5,298.66 |
| 21 | 7/3/2018 | I Life and Health | $ 201,534.65 |
| 22 | 7/11/2018 | I Life and Health | $ 5,523.37 |
| 23 | 7/18/2018 | I Life and Health | $ 40,016.90 |
| 24 | 7/25/2018 | I Life and Health | $ 6,930.64 |
| 25 | 8/1/2018 | I Life and Health | $ 177,035.30 |
| 26 | 8/8/2018 | I Life and Health | $ 10,826.97 |
| 27 | 8/15/2018 | I Life and Health | $ 37,529.17 |
| 28 | 8/22/2018 | I Life and Health | $ 5,855.68 |
| 29 | 8/29/2018 | I Life and Health | $ 169,870.49 |
| 30 | 9/5/2018 | I Life and Health | $ 8,944.88 |
| 31 | 9/12/2018 | I Life and Health | $ 6,737.31 |
| 32 | 9/19/2018 | I Life and Health | $ 33,939.75 |
| 33 | 9/26/2018 | I Life and Health | $ 6,291.22 |
| 34 | 10/3/2018 | I Life and Health | $ 160,539.83 |
| 35 | 10/10/2018 | I Life and Health | $ 9,916.35 |
| 36 | 10/17/2018 | I Life and Health | $ 32,073.46 |
| 37 | 10/24/2018 | I Life and Health | $ 5,267.81 |
| 38 | 10/31/2018 | I Life and Health | $ 149,523.12 |
| 39 | 11/7/2018 | I Life and Health | $ 12,874.23 |
| 40 | 11/14/2018 | I Life and Health | $ 29,217.71 |
| 41 | 11/20/2018 | I Life and Health | $ 5,624.26 |
| 42 | 11/28/2018 | I Life and Health | $ 4,198.24 |
| 43 | 12/12/2018 | I Life and Health | $ 4,833.81 |
| 44 | 12/19/2018 | I Life and Health | $ 28,381.53 |
| 45 | 12/26/2018 | I Life and Health | $ 3,632.06 |
| 46 | 12/5/2018 | I Life and Health | $ 147,800.48 |
| 47 | 1/2/2019 | I Life and Health | $ 118,839.44 |
| 48 | 1/9/2019 | I Life and Health | $ 8,349.03 |
| 49 | 1/16/2019 | I Life and Health | $ 23,739.14 |
| 50 | 1/23/2019 | I Life and Health | $ 5,875.30 |
| 51 | 1/30/2019 | I Life and Health | $ 107,390.95 |
| 52 | 2/27/2019 | I Life and Health | $ 2,643.39 |
| 53 | 2/20/2019 | I Life and Health | $ 24,300.45 |
| 54 | 2/13/2019 | I Life and Health | $ 2,674.09 |

| No. | Payment Date | Broker Name | Payment Amount |
|---|---|---|---|
| 55 | 2/6/2019 | I Life and Health | $ 9,860.54 |
| 56 | 3/13/2019 | I Life and Health | $ 3,846.84 |
| 57 | 4/3/2019 | I Life and Health | $ 102,387.21 |
| 58 | 3/6/2019 | I Life and Health | $ 110,818.44 |
| 59 | 3/27/2019 | I Life and Health | $ 2,205.05 |
| 60 | 4/10/2019 | I Life and Health | $ 4,509.44 |
| 61 | 4/17/2019 | I Life and Health | $ 20,120.16 |
| 62 | 4/24/2019 | I Life and Health | $ 4,888.73 |
| 63 | 5/2/2019 | I Life and Health | $ 14,938.84 |
| 64 | 5/1/2019 | I Life and Health | $ 78,233.07 |
| 65 | 5/8/2019 | I Life and Health | $ 8,776.24 |
| 66 | 5/15/2019 | I Life and Health | $ 17,381.28 |
| 67 | 5/29/2019 | I Life and Health | $ 52,019.39 |
| 68 | 5/22/2019 | I Life and Health | $ 4,414.58 |
| 69 | 6/5/2019 | I Life and Health | $ 81,944.96 |
| 70 | 6/12/2019 | I Life and Health | $ 2,297.26 |
| 71 | 6/19/2019 | I Life and Health | $ 10,249.41 |
| 72 | 6/26/2019 | I Life and Health | $ 2,239.65 |
| 73 | 7/2/2019 | I Life and Health | $ 83,988.23 |
| 74 | 7/10/2019 | I Life and Health | $ 4,260.15 |
| 75 | 7/17/2019 | I Life and Health | $ 18,193.49 |
| 76 | 7/24/2019 | I Life and Health | $ 3,747.08 |
| 77 | 7/31/2019 | I Life and Health | $ 80,102.46 |
| 78 | 8/7/2019 | I Life and Health | $ 6,549.78 |
| 79 | 8/14/2019 | I Life and Health | $ 14,934.26 |
| 80 | 8/21/2019 | I Life and Health | $ 1,560.76 |
| 81 | 8/28/2019 | I Life and Health | $ 1,708.91 |
| 82 | 9/4/2019 | I Life and Health | $ 78,665.72 |
| 83 | 9/11/2019 | I Life and Health | $ 3,859.40 |
| 84 | 9/25/2019 | I Life and Health | $ 3,143.08 |
| 85 | 10/2/2019 | I Life and Health | $ 72,463.36 |
| 86 | 10/9/2019 | I Life and Health | $ 5,346.31 |
| 87 | 10/16/2019 | I Life and Health | $ 14,610.75 |
| 88 | 10/23/2019 | I Life and Health | $ 4,529.54 |
| 89 | 10/30/2019 | I Life and Health | $ 53,943.46 |
| 90 | 9/18/2019 | I Life and Health | $ 15,119.79 |
| 91 | 11/13/2019 | I Life and Health | $ 605.13 |
| 92 | 11/6/2019 | I Life and Health | $ 5,642.05 |
| 93 | 11/20/2019 | I Life and Health | $ 8,629.71 |
| 94 | 11/27/2019 | I Life and Health | $ 1,096.29 |
| 95 | 12/11/2019 | I Life and Health | $ 1,893.37 |
| 96 | 12/18/2019 | I Life and Health | $ 6,902.27 |
| 97 | 12/26/2019 | I Life and Health | $ 1,984.11 |
| 98 | 12/4/2019 | I Life and Health | $ 36,412.52 |
| 99 | 1/1/2020 | I Life and Health | $ 7,923.12 |
| 100 | 1/15/2020 | I Life and Health | $ 1,165.91 |
| 101 | 1/22/2020 | I Life and Health | $ 4,149.25 |
| 102 | 1/29/2020 | I Life and Health | $ 5,918.13 |
| 103 | 1/8/2020 | I Life and Health | $ 396.52 |
| 104 | 2/5/2020 | I Life and Health | $ 26,844.52 |
| 105 | 2/12/2020 | I Life and Health | $ 2,327.21 |
| 106 | 2/19/2020 | I Life and Health | $ 19,210.73 |
| 107 | 2/26/2020 | I Life and Health | $ 1,653.28 |
| 108 | 3/4/2020 | I Life and Health | $ 20,449.02 |

| No. | Payment Date | Broker Name | Payment Amount |
|---|---|---|---|
| 109 | 3/11/2020 | I Life and Health | $ 4,935.73 |
| 110 | 3/18/2020 | I Life and Health | $ 5,291.39 |
| 111 | 3/25/2020 | I Life and Health | $ 1,729.33 |
| 112 | 4/3/2020 | I Life and Health | $ 18,759.21 |
| 113 | 4/8/2020 | I Life and Health | $ 4,760.49 |
| 114 | 4/15/2020 | I Life and Health | $ 3,865.98 |
| 115 | 4/22/2020 | I Life and Health | $ 2,239.68 |
| 116 | 4/29/2020 | I Life and Health | $ 12,029.33 |
| 117 | 5/6/2020 | I Life and Health | $ 10,571.14 |
| 118 | 5/13/2020 | I Life and Health | $ 758.84 |
| 119 | 5/20/2020 | I Life and Health | $ 5,143.97 |
| 120 | 5/27/2020 | I Life and Health | $ 821.50 |
| 121 | 6/3/2020 | I Life and Health | $ 17,920.67 |
| 122 | 6/10/2020 | I Life and Health | $ 3,605.96 |
| 123 | 6/17/2020 | I Life and Health | $ 4,074.86 |
| 124 | 6/24/2020 | I Life and Health | $ 2,407.02 |
| 125 | 7/1/2020 | I Life and Health | $ 10,856.04 |
| 126 | 7/9/2020 | I Life and Health | $ 10,364.90 |
| 127 | 7/15/2020 | I Life and Health | $ 3,560.27 |
| 128 | 7/22/2020 | I Life and Health | $ 2,252.24 |
| 129 | 7/29/2020 | I Life and Health | $ 9,812.56 |
| 130 | 8/5/2020 | I Life and Health | $ 10,466.92 |
| 131 | 8/12/2020 | I Life and Health | $ 191.14 |
| 132 | 8/19/2020 | I Life and Health | $ 4,886.33 |
| 133 | 8/26/2020 | I Life and Health | $ 514.53 |
| 134 | 9/2/2020 | I Life and Health | $ 15,460.75 |
| 135 | 9/10/2020 | I Life and Health | $ 4,152.92 |
| 136 | 9/16/2020 | I Life and Health | $ 3,400.32 |
| 137 | 9/23/2020 | I Life and Health | $ 1,735.43 |
| 138 | 9/30/2020 | I Life and Health | $ 9,559.48 |
| 139 | 10/7/2020 | I Life and Health | $ 10,068.13 |
| 140 | 10/14/2020 | I Life and Health | $ 964.39 |
| 141 | 10/21/2020 | I Life and Health | $ 3,874.06 |
| 142 | 10/28/2020 | I Life and Health | $ 484.06 |
| 143 | 11/4/2020 | I Life and Health | $ 15,050.34 |
| 144 | 11/11/2020 | I Life and Health | $ 3,927.89 |
| 145 | 11/18/2020 | I Life and Health | $ 3,564.88 |
| 146 | 11/25/2020 | I Life and Health | $ 1,266.62 |
| 147 | 12/3/2020 | I Life and Health | $ 13,107.78 |
| 148 | 2/12/2021 | I Life and Health | $ 16,895.71 |
| 149 | 3/19/2021 | I Life and Health | $ 837.34 |
| 150 | 3/19/2021 | I Life and Health | $ 4,939.85 |
| 151 | 4/19/2021 | I Life and Health | $ 5.00 |
| 152 | 4/19/2021 | I Life and Health | $ 6,249.90 |
| 153 | 5/13/2021 | I Life and Health | $ 5.00 |
| 154 | 5/19/2021 | I Life and Health | $ 5,738.39 |
| 155 | 6/15/2021 | I Life and Health | $ 5,202.24 |
| 156 | 1/6/2018 | I Life and Health | $ 13,257.58 |
| 157 | 1/13/2018 | I Life and Health | $ 50,791.15 |
| 158 | 1/20/2018 | I Life and Health | $ 20,593.60 |
| 159 | 1/27/2018 | I Life and Health | $ 163,323.63 |
| 160 | 3/28/2018 | I Life and Health | $ 204,297.87 |
| | | **TOTAL:** | **$ 4,418,874.19** |