**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC. d/b/a Aliera Healthcare, Inc., *et al.*,[1]<br><br>Debtors. | **Case No. 21-11548 (TMH)**<br>Currently pending in the U.S. Bankruptcy Court For the District of Delaware |
| ALIERA LT, LLC, AS LIQUIDATING TRUSTEE FOR THE ALIERA COMPANIES, INC. D/B/A ALIERA HEALTHCARE, INC., ET AL. and NEIL F. LURIA, IN HIS CAPACITY AS THE TRUSTEE OF THE SHARITY MINISTRIES, INC., LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE CONSULTANTS OF AMERICA, INC., I HEALTH AND LIFE INSURANCE SERVICES d/b/a I LIFE AND HEALTH, and HEALTH AND LIFE ASSOCIATES, LLC,<br><br>Defendants. | **Adversary Proceeding No. 25-05098-jrs** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANT HEALTH AND LIFE ASSOCIATES, LLC**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Aliera LT, LLC, in its capacity as Liquidating Trustee of The Aliera Companies, Inc. *et al.* and Neil F. Luria, in his capacity as the Trustee of the Sharity Ministries, Inc., Liquidating Trust (collectively, the "Plaintiffs") and Defendant Health and Life Associates, LLC ("HLA"), that pursuant to Federal

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable herein pursuant to Federal Rule of Bankruptcy Procedure 7041, the above-captioned action be dismissed solely with respect to the claims asserted against HLA, with prejudice, and that each party shall bear its own costs and attorneys' fees.[2]

DATED: October 9, 2026

*/s/John D. Elrod*
John D. Elrod, Ga. Bar No. 246604
Allison McGregor, Ga. Bar No. 860865
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: ElrodJ@gtlaw.com
Allison.McGregor@gtlaw.com

*Counsel for the Plaintiffs*

*/s/John Ripple*
John Ripple (*pro se*)
HEALTH AND LIFE ASSOCIATES, LLC
1537 Swearingen Drive
Bel Air, MD 21014
Email: jmripple@gmail.com

*Defendant Health and Life Associates, LLC*

[2] Defendants Insurance Consultants of America, Inc. ("ICA") and I Health and Life Insurance Services d/b/a I Life and Health ("I Life"), additional defendants in the above-captioned adversary proceeding, are not a party to this Stipulation. The Plaintiffs and HLA do not intend to dismiss the claims pending against Defendants ICA and I Life.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing pleading to be electronically filed with the Clerk of Court using the CM/ECF filing system, which will automatically send notice of the electronic filing to all parties registered to receive electronic notices in this case. I also served a copy of the foregoing via U.S. Mail and email on the following:

John Ripple
Health and Life Associates, LLC
1537 Swearingen Drive
Bel Air, MD 21014
jmripple@gmail.com
*Defendant Health and Life Associates, LLC*

Raymond Giudici
I Health and Life Insurance Services
5135 N. Blackstone Ave., Suite 204
Fresno, CA 93710
raymond@ilifeandhealth.com
*Defendant*

James Reisinger
Insurance Consultants of America, Inc.
7723 Tylers Pl Blvd., Suite 325
West Chester, Ohio 45069
fjrins@yahoo.com
*Defendant*

*/s/John D. Elrod*
John D. Elrod

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., *et al.*,[1]<br><br>Debtors. | **Case No. 21-11548 (TMH)**<br>Currently pending in the U.S. Bankruptcy Court For the District of Delaware |
| ALIERA LT, LLC, AS LIQUIDATING TRUSTEE FOR THE ALIERA COMPANIES, INC. D/B/A ALIERA HEALTHCARE INC., ET AL. and NEIL F. LURIA, IN HIS CAPACITY AS THE TRUSTEE OF THE SHARITY MINISTRIES, INC., LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v. | **Adversary Proceeding No. 25-05098-jrs** |

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

INSURANCE CONSULTANTS OF AMERICA, INC., I HEALTH AND LIFE INSURANCE SERVICES d/b/a I LIFE AND HEALTH, and HEALTH AND LIFE ASSOCIATES, LLC,

Defendants.

**ORDER ON JOINT STIPULATION OF DISMISSAL**
**OF HEALTH AND LIFE ASSOCIATES, LLC**

On October 9, 2026, Plaintiffs Aliera LT, LLC, in its capacity as the Liquidating Trustee of The Aliera Companies, Inc. *et al.* and Neil F. Luria, in his capacity as the Trustee of the Sharity Ministries, Inc., Liquidating Trust (collectively, the "Plaintiffs") and Defendant Health and Life Associates, LLC ("HLA"), filed a Joint Stipulation of Dismissal with Prejudice of Defendant Health and Life Associates, LLC [Docket No. __]. Accordingly, it is hereby

**ORDERED** that all claims against HLA in this adversary proceeding are dismissed with prejudice; and it is further

**ORDERED** that nothing herein shall affect or prejudice the claims against the remaining defendants in this adversary proceeding.

The Clerk is directed to serve a copy of this Order on counsel for the Plaintiffs, HLA and the remaining defendants in this adversary proceeding.

**[END OF ORDER]**

**Prepared and presented by:**

*/s/John D. Elrod*
John D. Elrod, Ga. Bar No. 246604
Allison McGregor, Ga. Bar No. 860865
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269

Email: ElrodJ@gtlaw.com
Allison.McGregor@gtlaw.com

*Counsel for the Plaintiffs*

**Consented to by:**

*/s/John Ripple*____________________
John Ripple (*pro se*)
HEALTH AND LIFE ASSOCIATES, LLC
1537 Swearingen Drive
Bel Air, MD 21014
Email: jmripple@gmail.com

*Defendant Health and Life Associates, LLC*

**<u>Distribution List</u>**

John D. Elrod
Allison McGregor
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
*Counsel for Plaintiffs*

John Ripple
Health and Life Associates, LLC
1537 Swearingen Drive
Bel Air, MD 21014
*Defendant Health and Life Associates, LLC*

Raymond Giudici
I Health and Life Insurance Services
5135 N. Blackstone Ave., Suite 204
Fresno, CA 93710
*Defendant*

James Reisinger
Insurance Consultants of America, Inc.
7723 Tylers Pl Blvd., Suite 325
West Chester, Ohio 45069
*Defendant*